**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Michael Elmore, Independent Administrator of the Estate of Cynthia Elmore,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>National Indemnity Co. et al.,<br><br>　　　　　Defendants. | No. CV-12-415-PHX-SMM<br><br><br>**ORDER** |

Pending before the Court is the parties' Stipulation for Dismissal With Prejudice. (Doc. 89.)

Accordingly,

**IT IS HEREBY ORDERED DISMISSING WITH PREJUDICE** any and all claims with all parties to bear their respective costs and attorney's fees.

DATED this 25th day of June, 2014.

Stephen M. McNamee
Senior United States District Judge